IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORSIE FINLEY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) C. A. No. 1:23-cv-03251 |
| | ) |
| SHEREE TINGEN, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, will call up her Motion for Sanctions Directed to Defendant Atlantic Bulk Carrier before the Honorable Sara L. Ellis, on **Thursday, October 17, 2024, at 1:45 p.m.** or as soon thereafter as counsel may be heard.

GOLDBLATT + SINGER

/s/ *Amanda N. Murphy*
Amanda N. Murphy #6295289
amurphy@stlinjurylaw.com
Christopher S. Saracino Jr. #6330391
csaracino@stlinjurylaw.com
8182 Maryland Avenue- Suite 801
St. Louis, MO 63105
(314) 231-4100—Office
(314) 241-5078—Facsimile

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served via the Court's electronic filing system this 2nd day of October, 2024, to all counsel of record.

/s/ *Amanda N. Murphy*
Amanda N. Murphy